# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148113-5(80)

MORGAN T. FISHER,
      Plaintiff-Appellant,

v

                  SC: 148113; 148115
                  COA: 312106; 314007
                  Leelanau CC Family Division:
JORDI LLORÉ JUSTRIBO,
      Defendant-Appellee.
                      2009-008198-DM
_____/


In re F.L. FISHER, Minor.
                  SC: 148114
                  COA: 313387
                  Leelanau CC Family Division:
                      12-008704-NA

_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time to file her reply brief is GRANTED.  The reply brief will be accepted as timely filed if filed on or before January 20, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2014           

                                   Clerk